```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 09617
   MARIE E MOORE
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-3481

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/08/2006 and was confirmed 10/04/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 12/04/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
CITY OF CHICAGO WATER DE   SECURED              181.28          .00         150.00
WILSHIRE CREDIT CORPORAT   CURRENT MORTG           .00          .00       19262.05
WILSHIRE CREDIT CORPORAT   MORTGAGE ARRE        8286.82         .00        4674.86
PIERCE & ASSOCIATES        NOTICE ONLY      NOT FILED          .00            .00
AMERICASH LOANS LLC        UNSECURED            239.67         .00            .00
ASPIRE VISA                UNSECURED        NOT FILED          .00            .00
UNIFUND CCR PARTNERS       UNSECURED           4039.88         .00            .00
UNIFUND CCR PARTNERS       NOTICE ONLY      NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED           1388.68         .00            .00
CASH STORE                 UNSECURED        NOT FILED          .00            .00
CAPITAL ONE                UNSECURED           1166.43         .00            .00
CAPITAL ONE                UNSECURED           1784.51         .00            .00
TIMOTHY K LIOU             DEBTOR ATTY        1,213.20                    1,213.20
TOM VAUGHN                 TRUSTEE                                        1,639.89
DEBTOR REFUND              REFUND                                         1,607.22

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   28,547.22

PRIORITY                                            .00
SECURED                                       24,086.91
UNSECURED                                           .00
ADMINISTRATIVE                                 1,213.20
TRUSTEE COMPENSATION                           1,639.89
DEBTOR REFUND                                  1,607.22
                          --------------    --------------
TOTALS                    28,547.22           28,547.22
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 09617 MARIE E MOORE

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/25/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE